UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rattanand Ratsantiboon,

    Plaintiff,

v.              Case No. 25-cv-01315 (JMB/JFD)

Kristi Noem, *Secretary of Department of Homeland Security, in her official capacity*;
Todd Lyons, *Acting Director Immigration & Customs Enforcement, in his official capacity*; and
U.S. Immigration & Customs Enforcement;

    Defendants.

_____

Ziliang Jin,

    Plaintiff,

v.              Case No. 25-cv-01391 (PJS/DLM)

Kristi Noem, *Secretary of Department of Homeland Security, in her official capacity*;
Todd Lyons, *Acting Director Immigration & Customs Enforcement, in his official capacity*; and
U.S. Immigration & Customs Enforcement;

    Defendant.

_____

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

    Case No. 25-cv-01315 (JMB/JFD) having been assigned to Judge Jeffrey M. Bryan and Magistrate Judge John F. Docherty; and Case No. 25-cv-01391 (PJS/DLM) having

later been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Douglas L. Micko; and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-cv-01391 (PJS/DLM) be assigned to Judge Jeffrey M. Bryan and Magistrate Judge John F. Docherty nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: April 22, 2025         s/ *Jeffrey M. Bryan*
                              Judge Jeffrey M. Bryan
                              United States District Court


Dated: April 22, 2025         s/Patrick J. Schiltz
                              Chief Judge Patrick J. Schiltz
                              United States District Court