# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Rattanand Ratsantiboon,<br><br>        Plaintiff,<br><br>v.<br><br>Kristi Noem, *Secretary of Department of Homeland Security, in her official capacity*; Todd Lyons, *Acting Director of Immigration & Customs Enforcement, in his official capacity*; and U.S. Immigration & Customs Enforcement,<br><br>        Defendants. | Case No. 25-CV-01315 (JMB/JFD)<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff Rattanand Ratsantiboon's and Defendants Kristi Noem's, Todd Lyons's, and U.S. Immigration and Customs Enforcement's Joint Stipulation for Dismissal. (Doc. No. 37.) Ratsantiboon wishes to dismiss his Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to the conditions agreed to by Defendants (*see* Doc. No. 37 at ¶¶ 1-6).

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 20, 2025                                          *s/Jeffrey M. Bryan*
                                                                                      Judge Jeffrey M. Bryan
                                                                                       United States District Court